# Switzer Building Project

Date: 9/3/2007 **(Final Invoice)**

From: VM Contracting
110 Triad West
O'Fallon, MO 63366

To: Clarinette LLC
505 N. 7th St. Suite 2405
St. Louis, MO 63101

Jobsite: 612-618 N. 1st St., St. Louis, MO

INVOICE BREAKDOWN

| DATE | | VM Cont. | Patent | | Jim M | |
|---|---|---|---|---|---|---|
| 1/1/2007 | see bc inv. 10 & storm inv. 4 | $ 6,473.71 | $ 16,768.52 | previously invoiced | $ 2,750.00 | previously invoiced |
| 1/20/2007 | rental 1/21/07 thru 2/12/07 | $ 2,079.90 | $ 10,399.51 | previously invoiced | | |
| 2/12/2007 | rental 2/13/07 thru 3/12/07 | $ 2,079.90 | $ 10,399.51 | previously invoiced | | |
| 3/12/2007 | rental 3/13/07 thru 5/16/07 | $ 4,828.34 | $ 24,141.72 | | | |
| 8/23/2007 | purchase shoring | $ 36,841.07 | $ 184,205.34 | | | |
| 8/23/2007 | purchase s. wall ext. bracing | $ 2,023.61 | $ 10,118.03 | | | |
| 9/3/2007 | work done during May 2007 to support total bldg demo | $ 5,000.00 | | | | |
| | | $ 59,326.53 | $ 256,032.63 | | $ 2,750.00 | |

TOTAL INVOICE AMOUNT  $ 318,109.16 *

* INTEREST WILL BE CALCULATED AT 9% PER YEAR ON ANY UNPAID BALANCE



VM 0485