**Patent Construction Systems** 
Harsco

1492 KIN-ARK CT.  314-997-7520
SAINT LOUIS, MO  63132  314-997-3987 Fax

Job Site:
VM CONTRACTING
SWITZER BUILDING
ST. LOUIS, MO  63110

C#: 636-978-4559  J#: 636-978-4559

Customer #: 7701506

VM CONTRACTING
515 POSSUM TROT ROAD
O FALLON, MO  63366

8/23/07 14:58                v8.00 07

Remit to:  PAGE: 1

PATENT CONSTRUCTION SYSTEMS
1793 SOLUTIONS CENTER
CHICAGO, IL  60677-1007

## C U S T O M E R   I N V O I C E
Full Return

Invoice #... 50565394-005
Invoice date  8/23/07
Last bill to  5/16/07  8:00 AM
Date in.....  5/16/07  5:00 PM
Job Loc.....  SWITZER BUILDING
Job No......  77 0605121
P.O. #......
Ordered By..
Sales Rep... MOSELLO, RICHARD G.

Terms....... Net 10 Days

| Qty | Item # | Description | Amount |
|---|---|---|---|
| 27 | 45004-08 | J-400 ALUM. JOIST  8'LONG | |
| 34 | 46001-06 | IF ALUM. STRINGER  6'LONG | |
| 63 | 46001-08 | IF ALUM. STRINGER  8'LONG | |
| 1 | 201J-14 | 20K U-HEAD 8 1/4" X 14" | |
| 1 | QLC | BASE COLLAR | |
| 12 | QL20 | 20" ADJUSTABLE BASE | |
| 6 | SPS04 | PSCO SINGLE POST SHORE #4 | |
| 24 | SPW03 | 0702-66 POST SHORE | |
| 3 | ET210 | 2" TUBELOX - 10' | |
| 468 | 45017 | JOIST CLIP W/TWIST BOLT A | |
| 48 | 47600 | SINGLE BOLT TIE PLATE FOR | |
| 4 | H00578 | LIFTING LUG ASSEMBLY | |
| 14 | H00580 | PIPE BRACE CLIP ASSEMBLY | |
| 6 | H00582 | H.D. PIPE BRACE | |
| 2 | H00586 | 6" WALER SPLICE PLATE SET | |
| 8 | H14095 | 14' DBL CHANNEL WALER 6" | |
| 7 | Y412 | STACK RACK | |
| 4 | 1241200 | DUAL ALUM STRINGER 1.8M(5 | |
| 12 | 1241300 | DUAL ALUM STRINGER 2.4M(7 | |
| 129 | 1718002 | 2490MM OUTER LEG (8'2") | |
| 58 | 1718003 | 3580MM OUTER LEG (11'9") | |
| 40 | 1718004 | 4670MM OUTER LEG (15'4") | |
| 16 | 1718007 | 500 MM EXTENSION LEG (1'8 | |
| 50 | 1718010 | 3580MM EXTENSION LEG (11' | |
| 36 | 1718015 | 780 MM INNER LEG (2'7") | |
| 256 | 1718016 | 1680MM INNER LEG (5'6") | |
| 194 | 1718020 | 1200MM LEDGER FRAME (3'11 | |

CONTINUED



VM 0488

Patent Construction Systems is a registered service mark of Harsco Corporation         ORIGINAL

**Patent Construction Systems** 
Harsco

1492 KIN-ARK CT.  314-997-7520
SAINT LOUIS, MO 63132  314-997-3987 Fax

Job Site:
VM CONTRACTING
SWITZER BUILDING
ST. LOUIS, MO 63110

C#: 636-978-4559  J#: 636-978-4559

Customer #: 7701506

VM CONTRACTING
515 POSSUM TROT ROAD
O FALLON, MO 63366

8/23/07 14:58                           v8.00.07

Remit to:                               PAGE: 2

PATENT CONSTRUCTION SYSTEMS
1793 SOLUTIONS CENTER
CHICAGO, IL 60677-1007

C U S T O M E R   I N V O I C E
Full Return

Invoice #... 50565394-005
Invoice date  8/23/07
Last bill to  5/16/07  8:00 AM
Date in.....  5/16/07  5:00 PM
Job Loc.....  SWITZER BUILDING
Job No......  77 0605121
P.O. #......
Ordered By..
Sales Rep...  MOSELLO, RICHARD G.

Terms....... Net 10 Days

| Qty | Item # | Description | Price | | | Amount |
|---|---|---|---|---|---|---|
| 252 | 1718021 | 1800MM LEDGER FRAME (5'11 | | | | |
| 32 | 1718099 | 86MM T-BOLT W/NUT(3 3/8") | | | | |
| 64 | 1718100 | M12X 66(1/2-13X 2.5")W/2 | | | | |
| 1 | ADJ | ADJUSTMENT TO MEET CONTRA | | | | |

SALES ITEMS:

| Qty | Item # | Description | Price | | | Amount |
|---|---|---|---|---|---|---|
| 27 | 45004-08 | J-400 ALUM. JOIST 8'LONG | 146.560 | 36.00% | 1424.56 | 2532.56 |
| | | These items were damaged beyond repair. | | | | |
| 34 | 46001-06 | IF ALUM. STRINGER 6'LONG | 144.720 | 36.00% | 1771.37 | 3149.11 |
| | | These items were damaged beyond repair. | | | | |
| 63 | 46001-08 | IF ALUM. STRINGER 8'LONG | 192.960 | 36.00% | 4376.33 | 7780.15 |
| | | These items were damaged beyond repair. | | | | |
| 1 | 201J-14 | 20K U-HEAD 8 1/4" X 14" | | | | N/C |
| | | These items were damaged beyond repair. | | | | |
| 1 | QLC | BASE COLLAR | | | | N/C |
| | | These items were damaged beyond repair. | | | | |
| 12 | QL20 | 20" ADJUSTABLE BASE | | | | N/C |
| | | These items were damaged beyond repair. | | | | |
| 6 | SPS04 | PSCO SINGLE POST SHORE #4 | 141.300 | 36.00% | 305.21 | 542.59 |
| | | These items were damaged beyond repair. | | | | |
| 24 | SPW03 | 0702-66 POST SHORE | 132.500 | 36.00% | 1144.80 | 2035.20 |
| | | These items were damaged beyond repair. | | | | |
| 3 | ET210 | 2" TUBELOX - 10' | | | | N/C |
| | | These items were damaged beyond repair. | | | | |
| 468 | 45017 | JOIST CLIP W/TWIST BOLT A | 4.630 | 36.00% | 780.06 | 1386.78 |
| | | These items were damaged beyond repair. | | | | |

CONTINUED

**Patent Construction Systems** 
Harsco

1492 KIN-ARK CT.  314-997-7520
SAINT LOUIS, MO 63132  314-997-3987 Fax

Job Site:
VM CONTRACTING
SWITZER BUILDING
ST. LOUIS, MO 63110

C#: 636-978-4559  J#: 636-978-4559

Customer #: 7701506

VM CONTRACTING
515 POSSUM TROT ROAD
O FALLON, MO 63366

8/23/07 14:58  v8.00 07

Remit to:
PATENT CONSTRUCTION SYSTEMS
1793 SOLUTIONS CENTER
CHICAGO, IL 60677-1007

**C U S T O M E R   I N V O I C E**
Full Return

Invoice #... 50565394-005
Invoice date  8/23/07
Last bill to  5/16/07  8:00 AM
Date in.....  5/16/07  5:00 PM
Job Loc..... SWITZER BUILDING
Job No...... 77 0605121
P.O. #......
Ordered By..
Sales Rep... MOSELLO, RICHARD G.
Terms....... Net 10 Days

SALES ITEMS:

| Qty | Item # | Description | Price | | | |
|---|---|---|---|---|---|---|
| 48 | 47600 | ~~SINGLE BOLT TIE PLATE FOR~~ | ~~38.220~~ | ~~36.00%~~ | ~~660.44~~ | ~~1174.12~~ |
| | | These items were damaged beyond repair. | | | | |
| 4 | H00578 | LIFTING LUG ASSEMBLY | 45.000 | 36.00% | 64.80 | 115.20 |
| | | These items were damaged beyond repair. | | | | |
| 14 | H00580 | PIPE BRACE CLIP ASSEMBLY | 21.000 | 36.00% | 105.84 | 188.16 |
| | | These items were damaged beyond repair. | | | | |
| 6 | H00582 | H.D. PIPE BRACE | 236.000 | 36.00% | 509.76 | 906.24 |
| | | These items were damaged beyond repair. | | | | |
| 2 | H00586 | 6" WALER SPLICE PLATE SET | 70.000 | 36.00% | 50.40 | 89.60 |
| | | These items were damaged beyond repair. | | | | |
| 8 | H14095 | 14' DBL CHANNEL WALER 6" | 259.000 | 36.00% | 745.92 | 1326.08 |
| | | These items were damaged beyond repair. | | | | |
| 7 | Y412 | STACK RACK | 276.920 | 41.00% | 794.76 | 1143.68 |
| | | These items were damaged beyond repair. | | | | |
| 4 | 1241200 | DUAL ALUM STRINGER 1.8M(5 | 150.700 | 36.00% | 217.01 | 385.79 |
| | | These items were damaged beyond repair. | | | | |
| 12 | 1241300 | DUAL ALUM STRINGER 2.4M(7 | 202.620 | 36.00% | 875.32 | 1556.12 |
| | | These items were damaged beyond repair. | | | | |
| 129 | 1718002 | 2490MM OUTER LEG (8'2") | 222.180 | 36.00% | 10318.04 | 18343.18 |
| | | These items were damaged beyond repair. | | | | |
| 58 | 1718003 | 3580MM OUTER LEG (11'9") | 267.650 | 36.00% | 5588.53 | 9935.17 |
| | | These items were damaged beyond repair. | | | | |
| 40 | 1718004 | 4670MM OUTER LEG (15'4") | 313.220 | 36.00% | 4510.37 | 8018.43 |
| | | These items were damaged beyond repair. | | | | |
| 16 | 1718007 | 500 MM EXTENSION LEG (1'8 | 172.830 | 36.00% | 995.50 | 1769.78 |
| | | These items were damaged beyond repair. | | | | |
| 50 | 1718010 | 3580MM EXTENSION LEG (11' | 289.590 | 36.00% | 5212.62 | 9266.88 |
| | | These items were damaged beyond repair. | | | | |

CONTINUED

VM 0490

Patent Construction Systems is a registered service mark of Harsco Corporation

ORIGINAL

Patent Construction Systems 
Harsco

1492 KIN-ARK CT.      314-997-7520
SAINT LOUIS, MO  63132    314-997-3987 Fax

Job Site:
    VM CONTRACTING
    SWITZER BUILDING
    ST. LOUIS, MO  63110

    C#: 636-978-4559  J#: 636-978-4559

Customer #: 7701506

    VM CONTRACTING
    515 POSSUM TROT ROAD
    O FALLON, MO  63366

8/23/07 14:58                    v8.00.07

Remit to:                    PAGE: 4

    PATENT CONSTRUCTION SYSTEMS
    1793 SOLUTIONS CENTER
    CHICAGO, IL  60677-1007

C U S T O M E R   I N V O I C E
           Full Return

Invoice #... 50565394-005
Invoice date  8/23/07
Last bill to  5/16/07   8:00 AM
Date in.....  5/16/07   5:00 PM
Job Loc.....  SWITZER BUILDING
Job No......  77 0605121
P.O. #......
Ordered By..
Sales Rep...  MOSELLO, RICHARD G.

Terms.......  Net 10 Days

SALES ITEMS:

| Qty | Item # | Description | Price | Disc% | Disc$ | Amount |
|---|---|---|---|---|---|---|
| 36  | 1718015 | 780 MM INNER LEG (2'7")       | 115.660 | 37.05% | 1542.67 | 2621.09 |
| 256 | 1718016 | 1680MM INNER LEG (5'6")       | 180.290 | 36.50% | 6846.30 | 29307.94 |
| 194 | 1718020 | 1200MM LEDGER FRAME (3'11)    | 237.350 | 36.00% | 6576.52 | 29469.38 |
| 252 | 1718021 | 1800MM LEDGER FRAME (5'11)    | 257.250 | 37.50% | 24310.13 | 40516.87 |
| 32  | 1718099 | 86MM T-BOLT W/NUT(3 3/8")     | 1.630   | 36.00% | 18.78   | 33.38 |
| 64  | 1718100 | M12X 66(1/2-13X 2.5")W/2      | 1.520   | 36.00% | 35.02   | 62.26 |

These items were damaged beyond repair.
A discount of $99781.06 has been applied.

                      Sub-total: 173655.75

              FINAL Sub-total: 173655.75
              MO6313205 Tax:    10549.59
                       Total: 184205.34

    INVOICED:  5/17/07 THRU  5/16/07 FOR   0 DAYS.

VM 0491

**Patent Construction Systems**
Harsco



1492 KIN-ARK CT.     314-997-7520
SAINT LOUIS, MO   63132     314-997-3987 Fax

Job Site:
    VM CONTRACTING
    SWITZER BUILDING
    ST. LOUIS, MO   63110

C#: 636-978-4559   J#: 636-978-4559

Customer #: 7701506

    VM CONTRACTING
    515 POSSUM TROT ROAD
    O FALLON, MO   63366

8/23/07                     v8.00 32

Remit To:                  PAGE:   1

   PATENT CONSTRUCTION SYSTEMS
   1793 SOLUTIONS CENTER
   CHICAGO, IL   60677-1007

S A L E S    I N V O I C E
       Finished Goods

Invoice #... 50592555-001
System date.   8/23/07

Invoice date   8/23/07    1:58 PM
Job Loc..... SWITZER BUILDING
Job No...... 77 0605121
P.O. #......
Ordered By..
Sales Rep... MOSELLO, RICHARD G.

Terms....... Net 10 Days

| Qty | Item # | Description | Unit | Price | Amount |
|---|---|---|---|---|---|
| 4 | *T-14 B8 | HD PIPE BRACE | EA | 898.560 | 3594.24 |
| 4 | *T-14 B4 | JUMBO BRACE | EA | 1258.200 | 5032.80 |
| 2 | *COUPLER | FOR B-9 | EA | 137.160 | 274.32 |
| 2 | *10 FT | EXTENSIONS | EA | 318.600 | 637.20 |

                              FINAL Sub-total:   9538.56
                              MO6313205 Tax:     579.47
                                     Total:   10118.03